IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

FEB - 7 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | 5:24 CR 00043 |
| ) | |
| v. ) | CASE NO._____ |
| ) | Title 18, United States Code, |
| JOE'VEON M. PENSON WILLIS, ) | Sections 922(a)(6), 922(g)(1), |
| JOHN E. PENSON, ) | 924(a)(2) and 2; Title 21, United |
| WILLIAM K. KENNEDY, ) | States Code, Section 856(a)(1) |
| ) | |
| Defendants. ) | **JUDGE BRENNAN** |

COUNT 1
(Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury charges:

1. On or about January 3, 2022, in the Northern District of Ohio, Eastern Division, Defendants JOE'VEON M. PENSON WILLIS and JOHN E. PENSON did knowingly and intentionally use, maintain, and control a place, located at XXX Dorchester Road, Akron, Ohio, for the purpose of manufacturing, distributing, and using Schedule II controlled substances, in violation of Title 21, United States Code, Section 856(a)(1).

COUNT 2
(Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

2. On or about January 3, 2022, in the Northern District of Ohio, Eastern Division, Defendant JOHN E. PENSON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Robbery, on or about April 18, 2017,

in Case Number CR-2017-02-0499, in the Court of Common Pleas, Summit County, Ohio, knowingly possessed in and affecting interstate commerce firearms, to wit: a Glock, Model 19, 9x19 caliber, semi-automatic pistol, bearing serial number BREM859; and a Radical Firearms, Model RF-15, multi-caliber, semi-automatic pistol, bearing serial number 21-005976, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3
(False Statements During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6), 924(a)(2) and (2))

The Grand Jury further charges:

3. On or about October 25, 2020, in the Northern District of Ohio, Eastern Division Defendant WILLIAM K. KENNEDY aided and abetted by JOE'VEON M. PENSON WILLIS, in connection with the acquisition of a firearm, to wit: a Glock, Model 19, 9x19 caliber, semi-automatic pistol, bearing serial number BREM859 from Sporting Defense, located in Kent, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false written statement to Sporting Defense, which statement was intended and likely to deceive Sporting Defense, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that WILLIAM K. KENNEDY represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm listed on the form and not buying it on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and (2).

## COUNT 4
(False Statements During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6), 924(a)(2) and (2))

The Grand Jury further charges:

4. On or about February 25, 2021, in the Northern District of Ohio, Eastern Division Defendant WILLIAM K. KENNEDY aided and abetted by JOE'VEON M. PENSON WILLIS, in connection with the acquisition of a firearm, to wit: a Radical Firearms, Model RF-15, multi-caliber, semi-automatic pistol, bearing serial number 21-005976 from Shoot Point Blank, located in Akron, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false written statement to Shoot Point Blank, which statement was intended and likely to deceive Shoot Point Blank, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that WILLIAM K. KENNEDY represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm listed on the form and not buying it on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and (2).

## FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code Section 853; and Title 28, United States Code, Section 2461(c), the allegations of Count 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendants JOE'VEON M. PENSON WILLIS, JOHN E. PENSON, WILLIAM K. KENNEDY shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of

3

the drug violations charged herein; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug violations charged herein; and any and all firearms and ammunition involved in or used in the commission of the firearms violations charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.